UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT SOSA

    Plaintiff,

v.                                                      Case No. 6:18-cv-2176-Orl-22TBS

UNITED STATES OF AMERCIA
(FTCA)

    Defendant.
_____

SECOND AMENDED NOTICE OF MEDIATION
(Rescheduled from November 6, 2019)

PLEASE TAKE NOTICE that pursuant to an agreement between the parties in this action, the above captioned cause has been scheduled for mediation with Arthur Niergarth, Jr., Esquire on the following date and time:

    DATE:        Friday, January 10, 2020

    TIME:        1:30 p.m.

    LOCATION    United States Attorney Office
                          400 W. Washington Street, Ste 3100
                          Orlando, FL 32801

Dated: ~~October~~ November 1, 2019

                                                        _____
                                                        DAVID J. GOREWITZ, ESQUIRE
                                                       Florida Bar No. 817678
                                                       1900 S. Harbor City Blvd., Suite 220
                                                       Melbourne, FL 32901
                                                       (321) 984-0046
                                                       Attorney for Plaintiff
                                                       David@gorewitzlaw.com
                                                       Anita@gorewitzlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ~~October~~ November 1, 2019, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF which will send notice of the filing to the following CM/ECF participant:

Scott H. Park, Esq.
Assistant United States Attorney
400 W. Washington Street, Ste 3100
Orlando, FL 32801
Scott.Park@usdoj.gov

I also certify that the foregoing document will be served upon each party that is not registered to receive electronic filing notices.

DAVID J. GOREWITZ, ESQUIRE
Florida Bar No. 817678
1900 S. Harbor City Blvd., Suite 220
Melbourne, FL 32901
(321) 984-0046
Attorney for Plaintiff
David@gorewitzlaw.com
Anita@gorewitzlaw.com