# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT SOSA,**

      **Plaintiff,**

v.                                      Case No:   6:18-cv-2176-Orl-22EJK

**UNITED STATES OF AMERICA,**

      **Defendant.**

_____

### ORDER OF DISMISSAL

The Court has been advised by **counsel for the parties** that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on September 21, 2020.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record